# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Darlene Zackery, | Case No. 6:12-cv-00955-GAP-GJK |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Commercial Recovery Systems, Inc. | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice as the parties have fully resolved the above titled action.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey Bankruptcy Law, LLP

By:   /s/ Fauzia A. Makar
   Fauzia A. Makar
   Bar # 72123
   2901 West Busch Blvd, Suite 701
   Tampa, FL 33618
   Telephone:  866-339-1156
   Email:  fmakar@maceybankruptcylaw.com
   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2012, the above Motion was filed electronically.

Defendant was served with the foregoing Motion by depositing a copy of the same in the U.S. mail on December 7, 2012, addressed as follows:

Commercial Recovery Systems, Inc.
8035 E.R.L. Thornton, #220
Dallas, TX 75228

/s/ Fauzia A. Makar