# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARLENE ZACKERY,**

      **Plaintiff,**

**v.**                                                                    **Case No: 6:12-cv-955-Orl-31GJK**

**COMMERCIAL RECOVERY**
**SYSTEMS, INC.,**

      **Defendant.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Notice of Dismissal with prejudice (Doc. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on December 10, 2012.

                                                            **GREGORY A. PRESNELL**
                                                     **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties